

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00108-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | On Appeal from County Criminal Court No. 10 |
| | § | of Tarrant County (A3236651) |
| v. | § | June 2, 2022 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| MATTHEW DALE PUGH, Appellee | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth